Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: APPLICATION OF ALFREDO CARLOS POTT FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 2:13-mc-00007-RSL<br><br>[PROPOSED]<br><br>**AMENDED ORDER GRANTING EX PARTE PETITION FOR JUDICIAL ASSISTANCE** |

This matter having been brought before the Court pursuant to 28 U.S.C. § 1782 by applicant Alfredo Carlos Pott, through his attorneys David M. Schoeggl and David W. Howenstine, and the Court having considered the Application papers, and all other submissions before it, and for good cause shown:

It is ORDERED that the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 is GRANTED; and

It is further ORDERED that David M. Schoeggl is appointed Commissioner of the Court, with the power to issue subpoenas and/or other appropriate process, subject to and in accordance with the Federal Rules of Civil Procedure, including Rule 45 governing the issuance of

[PROPOSED] AMENDED ORDER GRANTING EX PARTE PETITION FOR JUDICIAL ASSISTANCE
(Case No. 2:13-mc-00007-RSL) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

subpoenas, requiring a representative of Respondent Icicle Seafoods, Inc., ("Icicle") to provide deposition testimony and to produce documents within their possession, custody, or control for the period January 1, 2009 to the present concerning:

1. All documents and communications that relate to the actual or potential purchase, sale, valuation, or financial state of BDA, WCP, or Acqua;

2. All documents that relate in any way to BDA; Mel

3. All documents, relating to the Argentine fishing industry that involve BDA, Acqua, WCP, OSAKC, Gonzalo Lopez Jordan, Diego Steed and/or Leesberg-Konig;

4. All documents related to any investment (potential or otherwise) in, or purchase of, BDA or Acqua;

5. All documents related to imports of king crab that was sourced or originated in Argentina, including import documents identifying the seller of the product as well as intermediaries and payment records;

6. All documents that reflect any ownership of, or transfer of, any shares or ownership stake of any kind in any of WCP, BDA, or Acqua at any time since January 1, 2009; and

7. Documents sufficient to identify any Presidents, Vice Presidents, Secretaries, Treasurers, Directors or Managers of any of WCP, BDA, or Acqua at all times since January 1, 2009.

Dated this ___ day of January 2013.

_____
Honorable Robert S. Lasnik
United States District Judge
Western District of Washington

[PROPOSED] AMENDED ORDER GRANTING EX PARTE
PETITION FOR JUDICIAL ASSISTANCE
(Case No. 2:13-mc-00007-RSL) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Presented:

MILLS MEYERS SWARTLING
Attorneys for Petitioner


By:   */s/David M. Schoeggl*
      David M. Schoeggl
      WSBA No. 13638
      dschoeggl@millsmeyers.com
      David W. Howenstine
      WSBA No. 41216
      dhowenstine@millsmeyers.com

[PROPOSED] AMENDED ORDER GRANTING EX PARTE
PETITION FOR JUDICIAL ASSISTANCE
(Case No. 2:13-mc-00007-RSL) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343